UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA  - SOUTHERN DIVISION

| | |
|---|---|
| DEFENSTECH INTERNATIONAL, INC., a Nevada Corporation,<br><br>Plaintiff,<br><br>vs.<br><br>C&W MURPHY AND ASSOCIATES, a California Corporation, WILLIAM J. MURPHY, an individual,<br><br>Defendants.<br><br>And Related Cross-Action | Case No.: 8:14-cv-00277-JVS-AN<br><br>**JUDGMENT IN FAVOR OF DEFENSTECH INTERNATIONAL, INC.** |

Plaintiff/Cross-Defendant DEFENSTECH INTERNATIONAL, INC.'s Motion to Enforce Settlement came on regularly for hearing on October 5, 2015 in Courtroom 10C of the above-entitled Court, located at 411 West Fourth Street, Santa Ana, California 92701-4516.

Following the hearing, the Court granted DEFENSTECH INTERNATIONAL, INC.'s motion.  Therefore, THIS COURT HEREBY ORDERS, ADJUDGES AND DECREES THAT:

DEFENSTECH INTERNATIONAL, INC. is entitled to Judgment against C&W MURPHY AND ASSOCIATES and WILLIAM J. MURPHY, jointly and severally, in the amount of $1,475,000.

IT IS SO ADJUDGED

Date:  October 16, 2015          By:_____

**JUDGMENT IN FAVOR OF DEFENSTECH INTERNATIONAL, INC.**